## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD LUCARELLI,<br>On behalf of himself and all others similarly<br>situated<br><br>       Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC.; HTC, CORPORATION;<br>and HTC AMERICA, INC.,<br><br>       Defendants. | § § § § § § § § § § § § | No. 3:11-cv-3483-M |

## ORDER

Before the Court is the Stipulation Regarding Extension of Time for Defendant Carrier IQ, Inc. ("Carrier IQ") to Respond to Complaint [Docket Entry #8]. Pursuant to the Stipulation, the deadline for Carrier IQ to answer, move, or otherwise respond to the Complaint in the above-captioned case shall be extended until forty-five days after the Judicial Panel on Multidistrict Litigation issues an order deciding the MDL Motion, or as otherwise ordered by the MDL transferee court if the MDL Motion is granted; provided, however, that in the event that Carrier IQ should agree to an earlier response date in any of the MDL Cases, Carrier IQ will respond to the Complaint in the above-captioned case on that earlier date.

     **SO ORDERED**.

     January 11, 2012.

                              BARBARA M. G. LYNN
                              UNITED STATES DISTRICT JUDGE
                              NORTHERN DISTRICT OF TEXAS