UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD LUCARELLI, <br> On behalf of himself and all others similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> CARRIER IQ, INC.; HTC, CORPORATION; and HTC AMERICA, INC., <br><br> Defendants. | § § § § § § § § § § § § | No. 3:11-cv-3483-M |

## ORDER

Before the Court is the Stipulation Extending Time for Defendant HTC America, Inc. to Respond to Complaint [Docket Entry #9]. Pursuant to the Stipulation, the deadline for HTC America, Inc. to answer, move, or otherwise respond to the Complaint in the above-captioned case shall be extended until forty-five days after the Judicial Panel on Multidistrict Litigation issues an order deciding the MDL Motion, or as otherwise ordered by the MDL transferee court if the MDL Motion is granted; provided, however, that in the event that HTC America, Inc. should agree to an earlier response date in any of the MDL Cases, HTC America, Inc. will respond to the Complaint in the above-captioned case on that earlier date.

**SO ORDERED**.

January 11, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1