AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the Northern District of Texas, Dallas Division

Richard Lucarelli  
On behalf of himself, and all others similarly situated )
)
Plaintiff )
)
v. ) Civil Action No. 3:11-cv-03483-M
)
Carrier IQ, Inc.; HTC Corporation; and HTC America, Inc. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    HTC Corporation  
    c/o Guy Rabbat, Registered Agent for Service of Process in California  
    360 Saint Andrews Lane  
    Half Moon Bay, CA 94019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jonathan M. Jagher  
    Spector Roseman Kodroff & Willis, P.C.  
    1818 Market Street, Suite 2500  
    Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/21/11

*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Northern District Of Texas, Dallas Division | | | | |
| Plaintiff: RICHARD LUCARELLI ON BEHALF OF HIMSELF, AND ALL OTHERS SIMILARL | | | | |
| Defendant: CARRIER IQ, INC.; HTC CORPORATION; AND HTC AMERICA, INC. | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: 3:11-CV-03483-M |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT

3. a. Party served:           HTC CORPORATION
   b. Person served:          GUY RABBAT, AGENT FOR SERVICE OF PROCESS, White, Male, 55 Years Old, Brown Eyes, 5 Feet, 200 Pounds

4. Address where the party was served:    GUY RABBAT, REGISTERED AGENT FOR SERVICE
   360 SAINT ANDREWS LANE
   HALF MOON BAY, CA 94019

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jan. 02, 2012 (2) at: 7:34PM

7. Person Who Served Papers:                       Fee for Service:
   a. JOVELYN CHRISTNER
   b. BEST LEGAL SERVICES
      1617 JOHN F. KENNEDY BOULEVARD
      SUITE 1045
      PHILADELPHIA, PA 19103
   c. 215 567-7777

8. I declare under penalty of perjury under the laws of the State of TEXAS and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL                   (JOVELYN CHRISTNER)
                                              64716   .2042.126527